UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Felicia Irene Elliott**,

Soc. Sec. No. xxx-xx-7070
Mailing Address: 4609 John Rose Drive, Greensboro, NC 27405-

Debtor.

Case No.: 19-10379

Chapter 13

## CERTIFICATE REGARDING SERVICE OF PLAN

I, Angel West, certify that on 4/10/19, a copy of the **Chapter 13 Plan** was served by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

This case does NOT include any creditors subject to cramdown or mortgage stripoff.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 4/10/19

/s Angel West

Angel West

CertificateOfService.wpt (rev. 7/4/18)

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

American Credit Acceptance, LLC
C/O CT Corporation System
Attn: Officer or Managing Agent
961 East Main Street
Arcadia, SC 29320

AT&T
Post Office Box 537104
Atlanta, GA 30353

Caswell County Tax Collector
Post Office Box 204
Yanceyville, NC 27379

Chase Auto Finance**
Attn: Officer
Post Office Box 901076
Fort Worth, TX 76101-2076

Comenity Bank
Attn: Bankruptcy Dept.
Post Office Box 182125
Columbus, OH 43218-2125

Credit One Bank
585 S. Pilot Street
Las Vegas, NV 89119

Crown Capital Assoc.
13 Haywood Office Park B105
Waynesville, NC 28785

Diversified Consultants, Inc. **
Post Office Box 551268
Jacksonville, FL 32255-1268

First Bank
Post Office Box 388
Lexington, TN 38351

First Bank of TN
Attn: Officer or Managing Agents
211 Commerce Street, Suite 300
Nashville, TN 37201

First Premier Bank****
Post Office Box 5524
Sioux Falls, SD 57117-5524

FirstPoint Collection Resources
Consumer Contact Center
2840 Electric Road, Suite 202
Roanoke, VA 24018

Guilford Co. Tax Collections
Post Office Box 3328
Greensboro, NC 27402-3328

Healthshare Credit Union
1200 N. Elm Street
Greensboro, NC 27420

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Kross, Lieberman & Stone
991 Aviation Parkway
Suite 300
Morrisville, NC 27560

Mariner Finance, LLC ****
5802 E. Virginia Boulevard Ste 121
Norfolk, VA 23502

Midland Funding LLC
2365 Northside Drive
STE 300
San Diego, CA 92108

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Online Collections **
Post Office Box 1489
Winterville, NC 28590-1489

Online Information Services
Post Office Box 1489
Winterville, NC 28590-1489

Progressive Leasing
10619 South Jordan Gateway Ste 100
South Jordan, UT 84095

Security Credit Systems**
622 Main Street - Suite 301
Buffalo, NY 14202-1929

Seventh Avenue***
c/o Creditors Bankruptcy Service
Post Office Box 740933
Dallas, TX 75374-0933

Stephen Mitchell
4609 John Ross Drive
Greensboro, NC 27405

Tempoe LLC
1750 Elm Street
Suite 1200
Manchester, NH 03104

The Bank of Missouri
216 West 2nd Street
Dixon, MO 65459

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

US Dept of Education/Great Lakes Ed
Post Office Box 7860
Madison, WI 53704

Yes Financial Service, LLC
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Yes Financial Services, LLC
Attn: Managing Officer or Agent
520 W. Summit Hill Dr., Ste-801
Knoxville, TN 37902